[No. 32664-3-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON JAYE
HUTZELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 93-8-00034-7, Joan H. McPherson, J., entered
April 14, 1993. *Reversed* by unpublished opinion per Agid,
J., concurred in by Baker, A.C.J., and Webster, J.

[No. 32947-2-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. K.B.,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-8-00284-8, Frank A. Morrow, J. Pro
Tem., entered June 15, 1993. *Reversed* and *remanded* by un-
published opinion per Kennedy, J., concurred in by Webster
and Cox, JJ.

[No. 32788-7-I.    Division One.    April 10, 1995.]

ROGER WAGNER, ET AL, *Respondents*, v. DON FOOTE, ET
AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 91-2-00096-7, George McIntosh, J., entered April
22, 1993. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Baker, A.C.J., and Becker, J.

[No. 31987-6-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGINIA I.
MORLEY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-1-00512-6, David A. Nichols, J., entered
November 18, 1992. *Reversed* by unpublished opinion per
Agid, J., concurred in by Baker, A.C.J., and Webster, J.